**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JORGE LUIS BRITO CORDOVA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26-cv-969 |
| | ) | |
| LEONARD ODDO, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

AND NOW, this 9th day of November, 2026, upon consideration of Respondents' Status Report and Notice of Suggestion of Mootness (Docket No. 11) reporting that Petitioner has removed from the United States to Venezuela on or about September 22, 2026 pursuant to a final order of removal, IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus (Docket No. 1) is DISMISSED as moot. The Clerk of Court is to mark this case closed.

*/s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record